UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                   :    07 Mag. 207

MICHELLE GLUCK                    :
                                     :    NOTICE OF INTENT TO
                                     :    FILE AN INFORMATION
      Defendant.                  :

- - - - - - - - - - - - - - - - x

**Judge McMahon**

**07 CRIM. 493**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            May 10, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

By: _____
     William C. Komaroff
     Assistant United States Attorney
     212-637-1111

AGREED AND CONSENTED TO:

By: _____
     Alan M. Abramson, Esq.
     Attorney for Michelle Gluck

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/07