UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  - v. -

MICHELLE GLUCK,

      Defendant.

- - - - - - - - - - - - - - - - x

*Judge McMahon*

07 Cr. **07CRIM 493**

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1344 being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Michelle Gluck
Defendant

_____
Witness

_____
Alan M. Abramson, Esq.
Counsel for Defendant

Dated: New York, New York
      June _1_, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 _ _