**MEMO ENDORSED**

**ABRAMSON & MORAK**
ATTORNEYS AT LAW
35 WORTH STREET
NEW YORK, NEW YORK 10013

(212) 226-7098
FAX (212) 226-4559

ALAN M. ABRAMSON*
GLENN H. MORAK

*MEMBER OF NEW YORK AND CONNECTICUT BARS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-07

10/15/07
Matter Adj to 12/6/07 @ 11 AM
w/ Gov't's Consent

October 11, 2007

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
Room 640
New York, New York 10007

BY HAND

Re: United States v. Michelle Gluck   07-CR-00493 (CM)

Dear Judge McMahon:

    The above captioned defendant is scheduled for sentencing on October 24, 2007. On October 1, 2007, I received the first disclosure of the Pre-Sentence Report. Although I do not anticipate any significant objections to the report, there is additional information that I would like Probation Officer Campbell to review prior to her submission of her final report to the Court. I should be able to submit that information to Officer Campbell by the end of next week.

    Further, and perhaps most importantly, Bill Kamaroff, the AUSA who investigated this case and negotiated the plea agreement has left the office. Although I was given the name of a new assistant, it turned out that the information was incorrect. As of today I have not been able to speak to the assigned AUSA. Given some unusual circumstances in this case, it is very important that I have an opportunity to review the entire case with whoever is handling this matter.

    Given the above circumstances, I am requesting that the sentencing in this matter be

adjourned until, December 6, 2007

Respectfully submitted,

Alan M. Abramson

cc: Probation Officer Sandra Campbell

Case 1:07-cr-00493-CM   Document 16   Filed 10/15/2007   Page 2 of 2