```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   NOTICE OF APPEARANCE AND
     - v. -                      :   REQUEST FOR ELECTRONIC
                                 :   NOTIFICATION
MICHELLE GLUCK,                  :
                                 :   07 Cr. 493 (CM)
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York


                               By:  s/Christine Meding
                                          Christine Meding
                                          Assistant United States Attorney
                                          (212) 637-2614 (phone)
                                          (212) 637-2239 (fax)
                                          christine.meding@usdoj.gov

cc: All Counsel of Record (via ECF)